IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund | ) ) ) ) | 1:12cv424 (JCC/TCB) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Marco R. Brunatti Associates | ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the July 26, 2012, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge and the proposed Order submitted by the plaintiffs is this day entered.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
August 29, 2012